# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:22-CV-00600-MOC-SCR

| | |
|---|---|
| **CHRISTOPHER DINGLE,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) **ORDER** |
| **FEDERAL EXPRESS CORPORATION, et. al.,** | )<br>)<br>) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Laura S. Martin]" (Doc. No. 24) filed January 2, 2024. For the reasons set forth therein, the Motion will be <u>granted</u>,

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: January 2, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge